Adrienne C. Publicover, Esq.  (SBN 161432)
Dennis J. Rhodes, Esq.  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | Case No.:      06-CV-02377 LKK DAD |
| Plaintiff, | ) ) | **REQUEST FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS (FRCP 4)** |
| v. | ) ) ) | |
| VIRGINIA A. CORCORAN, | ) ) | |
| Defendant. | ) ) ) | [Declaratory Judgment Action] |

        Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General")

hereby submits this Request to extend the time for service of process for good cause as follows:

        1.        On January 18, 2007, at the request of American General, this Court issued a

Minute Order continuing the date of the Scheduling Conference from January 22, 2007 to March

26, 2007.  The continuance was made to facilitate the efforts to resolve this matter early on.

Therefore, American General has refrained from serving defendant to help facilitate the resolution

process.

        2.        It has become clear that the matter will not resolve at this time.  Therefore,

American General will need to effect service on plaintiff.  In view of the fact that the 120 days to

1
**REQUEST FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS (FRCP 4)**
USDC EDCA Case #CV06-02377 LKK DAD
266320.1

PDF created with pdfFactory trial version www.pdffactory.com

1   serve plaintiff under Rule 4 of the Federal Rules of Civil Procedure ends on February 24, 2007,

2   American General requests that the Court extend the time for service of process, pursuant to Rule

3   4, by an additional 30 days.   Service is to be effected on or before March 26, 2007, absent any

4   subsequent Court order.

5   Respectfully submitted:

6

7   Dated: February 20, 2007                    WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP
8

9                                    By: _____/s/ Dennis J. Rhodes_____
                                         Adrienne C. Publicover, Esq.
10                                       Dennis J. Rhodes, Esq.
                                         Attorneys for Plaintiff
11                                       AMERICAN GENERAL LIFE
                                         INSURANCE COMPANY
12

13                                   **ORDER**

14
        The request of Plaintiff American General Life Insurance Company came before this Court
15
    for consideration.  Plaintiff is granted an additional 30 days to the time limit set by Rule 4 of the
16
    Federal Rules of Civil Procedure to effect service.  Service shall be completed on or before March
17
    26, 2007, absent any subsequent Court order.
18

19

20   Dated:  February 22, 2007

21

22   LAWRENCE K. KARLTON
     SENIOR JUDGE
23   UNITED STATES DISTRICT COURT

24

25

26

27

28
                                          2
                **REQUEST FOR EXTENSION OF TIME TO EFFECT SERVICE OF PROCESS (FRCP 4)**
PDF created with pdfFactory trial version www.pdffactory.com