| | |
|---|---|
| 1 | Adrienne C. Publicover, Esq.  (SBN 161432) |
| 2 | Dennis J. Rhodes, Esq.  (SBN 168417)<br>WILSON, ELSER, MOSKOWITZ, |
|   |     EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, California 94105-2725 |
| 4 | Telephone:     (415) 433-0990 |
|   | Facsimile:      (415) 434-1370 |

Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | Case No.:     06-CV-02377 LKK DAD |
|        Plaintiff, | ) ) | **REQUEST TO CONTINUE SCHEDULING CONFERENCE** |
|    v. | ) ) | |
| VIRGINIA A. CORCORAN, | ) ) | [Declaratory Judgment Action] |
|        Defendant. | ) ) | |

Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General") hereby submits this Request to continue the Scheduling Conference, currently set for March 26, 2007, for good cause as follows:

1.  On January 18, 2007, at the request of American General, this Court issued a Minute Order continuing the date of the Scheduling Conference from January 22, 2007 to March 26, 2007.  The continuance was made to facilitate the efforts to resolve this matter early on.  The Joint Scheduling Conference Statement is currently due on March 16, 2007.

---

1
**REQUEST TO CONTINUE SCHEDULING CONFERENCE**
USDC EDCA Case #CV06-02377 LKK DAD
270521.1

PDF created with pdfFactory trial version www.pdffactory.com

2. Because the matter was not resolved, American General served defendant Virgina Corcoran on February 22, 2007. Defendant Corcoran's responsive pleading was due on March 14, 2007.

3. In view of the proximity of the date defendant's responsive pleading is due to the date the Joint Scheduling Conference Statement is due, American General's counsel attempted to contact defendant to ascertain whether she had retained counsel. The ultimate purpose of the contact was to facilitate preparation of the Joint Scheduling Conference Statement. American General has not been successful in contacting defendant and at the time of filing this request is uncertain whether defendant has appeared in the action.

4. Therefore, American General requests that the Scheduling Conference be continued to April 27, 2007. The Joint Scheduling Report will be due to be filed on or before April 17, 2007.

Respectfully submitted:

Dated: March 15, 2007

WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP

By: ___/s/ Dennis J. Rhodes___
Adrienne C. Publicover, Esq.
Dennis J. Rhodes, Esq.
Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

**ORDER**

The request of Plaintiff American General Life Insurance Company came before this Court for consideration. The Scheduling Conference is hereby continued to April 30, 2007 at 1:30 p.m.. The Joint Scheduling Report is due to be filed on or before April 17, 2007.

Dated:  March 23, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2
REQUEST TO CONTINUE SCHEDULING CONFERENCE
USDC EDCA Case #CV06-02377 LKK DAD
270521.1

PDF created with pdfFactory trial version www.pdffactory.com