Adrienne C. Publicover, Esq.  (SBN 161432)
Dennis J. Rhodes, Esq.  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>VIRGINIA A. CORCORAN,<br><br>            Defendant. | Case No.:      06-CV-02377 LKK DAD<br><br>**REQUEST TO CONTINUE SCHEDULING CONFERENCE**<br><br>[Declaratory Judgment Action] |

Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General") hereby submits this Request to continue the Scheduling Conference, currently set for March 26, 2007, for good cause as follows:

    1.    On January 18, 2007, at the request of American General, this Court issued a Minute Order continuing the date of the Scheduling Conference from January 22, 2007 to March 26, 2007.  The continuance was made to facilitate the efforts to resolve this matter early on.

    2.    Because the matter was not resolved, American General served defendant Virgina Corcoran on February 22, 2007.  Defendant Corcoran's responsive pleading was due on March 14, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

3.      At the second request of American General, the Court once again continued the Scheduling Conference, this time to April 27, 2007.  However, to date, Corcoran has not responded to the complaint. Hence, the matter is not at issue.

4.      On April 24, 2007, American General received word from defendant Corcoran that she does not intend to challenge the action.  Therefore, the parties are in the process of negotiating a conclusion to the action.  American General anticipates that it will take another 45 – 60 days to conclude the discussions and requests that the Scheduling Conference currently set for April 27, 2007, be continued to June 26, 2007, to allow the parties to conclude their discussions.

Respectfully submitted:


Dated: April 24, 2007                    WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP


                                         By:  _____/s/ Dennis J. Rhodes_____
                                              Adrienne C. Publicover, Esq.
                                              Dennis J. Rhodes, Esq.
                                              Attorneys for Plaintiff
                                              AMERICAN GENERAL LIFE
                                              INSURANCE COMPANY


## ORDER

The request of Plaintiff American General Life Insurance Company came before this Court for consideration.  The Scheduling Conference is hereby continued to June 25, 2007 at 1:30 p.m.. The Joint Scheduling Report is due to be filed on or before June 11, 2007.


Dated:  April 25, 2007.


                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT

**REQUEST TO CONTINUE SCHEDULING CONFERENCE**
USDC EDCA Case #CV06-02377 LKK DAD
276972.1

PDF created with pdfFactory trial version www.pdffactory.com