Adrienne C. Publicover, Esq. (SBN 161432)
Dennis J. Rhodes, Esq. (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>VIRGINIA A. CORCORAN,<br><br>    Defendant. | Case No.:    06-CV-02377 LKK DAD<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**[FRCP RULE 41(a)]**<br><br>[Declaratory Judgment Action] |

**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC EDCA Case #06-CV-02377 LKK DAD
285055.1

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY REQUESTED** by plaintiff, American General Life Insurance Company, that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees. The parties having resolved their dispute and defendant, Virginia A. Corcoran, not having appeared in the action, dismissal under Rule 41(a) is proper.

Dated: June 12, 2007

WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP

By:   */s/ Dennis J. Rhodes*
   Adrienne C. Publicover, Esq.
   Dennis J. Rhodes, Esq.
   Attorneys for Plaintiff
   AMERICAN GENERAL LIFE
   INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED**.

Dated: June 14, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

1
**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC EDCA Case #06-CV-02377 LKK DAD
285055.1

PDF created with pdfFactory trial version www.pdffactory.com